WILSON P. KEENAN ET AL. *v.* THADDEUS P. HARKINS ET AL.

1. BOARD OF SUPERVISORS.   *Judicial action.   Adjournment.   Power to vacate.*

   The board of supervisors, after final adjournment, is without power, ordinarily, to reverse or vacate its judicial acts.

2. SAME.   *Code* 1892, § 2059.   *Stock law district.   Adding territory.*

   Where territory has been added to a stock law district by order of the board of supervisors the board cannot at a subsequent meeting vacate the order, except as authorized by statute, Code 1892, § 2059.

FROM the circuit court of Leake county.

HON. JOHN R. ENOCHS, Judge.

Keenan and others, appellants, petitioned the board of supervisors at its December term, 1902, to vacate an order made by the board at its May term, 1902, adding certain territory to a

---

---

stock-law district; Harkins and others opposed the petition, and the board of supervisors denied the same; appellants, petitioners, appealed from the board to the circuit court, and that court having decided against them, they appealed to the supreme court.

*Robert L. Bullard,* for appellant.

WHITFIELD, C. J., delivered the opinion of the court.

The board of supervisors has ordinarily no power to review or reverse or vacate its own judicial action after final adjournment. This case falls within none of the exceptions. Am. & Eng. Enc. Law (2d ed.), vol. 7. p. 1008.

*Affirmed.*